## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 7 |
|     ERIK CHARLES BATIPPS and | : | |
| | : | |
|     SARAH HELEN BATIPPS, | : | |
| | : | Bky.  No. 10-31221 ELF |
|     **Debtors.** | : | |
| | : | |
| **MARVIN KRASNY, Chapter 7 Trustee for the Estate** | : | |
| **of Erik Charles Batipps and Sarah Helen Batipps,** | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
|     5. | : | |
| | : | |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY,** | : | Adv.  No.  11-0450 |
| as Indenture Trustee, on Behalf of the Holders | : | |
| of the Accredited Mortgage Loan Trust 2005-4 | : | |
| Asset Backed Notes, by and through its Loan | : | |
| Servicing Agent, Select Portfolio Servicing, Inc., | : | |
| | : | |
|     **Defendant.** | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Defendant's Motion to Dismiss Complaint ("the Motion"), the Plaintiff's response thereto, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART AND DENIED IN PART**.

2. **COUNT I** of the Complaint is **DISMISSED**.

3. In all other respects, the Motion is **DENIED**.

4. The Defendant shall file an answer to the Complaint **on or before January 3, 2012**.

**Date:** **December 13, 2011**

               **ERIC L. FRANK**
               **U.S. BANKRUPTCY JUDGE**